AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED 08 MAY 20 PM 2:35 CLERK U.S. DISTRICT COURT

## OFFENSE CHARGED

18 U.S.C. § 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Prison Term of One Year;
Maximum Fine $100,000;
Maximum Supervised Release of One Year;
Mandatory Special Assessment of $25.

## DEFENDANT - U.S

FRANCISCO ROMERO VIAN,
a/k/a Javier Sandoval

DISTRICT COURT NUMBER

CR 08 0336 MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEPARTMENT OF STATE - DIPLOMATIC SECURITY SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under 3-08-70172 JCS

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): DEREK R. OWENS

## DEFENDANT

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

NDCA

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
State of California

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:





JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 MAY 20 PM 2:35

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO ROMERO VIAN,<br>a/k/a Javier Sandoval,<br>Defendant. | ) | No. CR 08 0336 MAG<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about June 1, 2000, in the Northern District of California, the defendant,

FRANCISCO ROMERO VIAN,
a/k/a Javier Sandoval,

knowingly possessed an identification document that was not issued lawfully for the defendant's use, to wit: a California Birth Certificate, number 7097-000287, bearing the name Javier

//

//

Sandoval, with the intent that such document be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.

DATED: 4/22/08

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: ______________________)
DEREK OWENS
Assistant United States Attorney