# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP X 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 08-0336-01 EMC
)
Francisco Romero Vian )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___September 10, 2008___ be continued until ___September 17, 2008___ at ___9:30 a.m.___ .

Date: 9/2/08

Edward M. Chen
United States Magistrate Judge

NDC-PSR-009 12/06/04